UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No.: 08-2310

ELEANOR MCCULLEN, JEAN BLACKBURN ZARRELLA, CARMEL FARRELL, ERIC CADEN, AND GREGORY A. SMITH,

Plaintiffs - Appellants,

v.

MARTHA COAKLEY, IN HER CAPACITY AS ATTORNEY GENERAL FOR THE COMMONWEALTH OF MASSACHUSETTS,

Defendant - Appellee.

## CORPORATE DISCLOSURE STATEMENT OF AMICUS CURIAE THE AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS

Pursuant to Fed. R. App. P. 26.1, the American Civil Liberties Union of Massachusetts ("ACLUM") submits this Corporate Disclosure Statement. The ACLUM is a not-for-profit organization. It has no parent corporation and no corporation owns 10% or more of its stock.

Respectfully Submitted,

American Civil Liberties Union of Massachusetts,

By its attorneys,

A/72841409.1

*[signature]*
Robert E. McDonnell (First Cir. No. 56450)
Josephine Deang (First Cir. No. 124152)
Laura K. Langley (First Cir. admission
  pending)
**BINGHAM MCCUTCHEN LLP**
One Federal Street
Boston, MA  02110-1726
Telephone: 617.951.8000
Facsimile: 617.951.8736

Dated: February 10, 2009

- 2 -

A/72841409.1