# United States Court of Appeals
## For the First Circuit

No. 08-2310

ELEANOR MCCULLEN; JEAN BLACKBURN ZARRELLA; CARMEL FARRELL; ERIC CADIN; GREGORY A. SMITH

Plaintiffs - Appellants

v.

MARTHA COAKLEY, Attorney General for the Commonwealth of Massachusetts

Defendant - Appellee

**ORDER OF COURT**
Entered: February 18, 2009
Pursuant to 1st Cir. R. 27.0(d)

The motion by the American Civil Liberties Union for leave to file an untimely amicus curiae brief is allowed. The brief shall be filed no later than February 23, 2009.

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc:
Benjamin W. Bull
Timothy D. Chandler
Josephine M. Deang
Michael J. Deprimo
Dwight Gerard Duncan
Laura K. Langley
Robert E. McDonnell
Phillip D. Moran
Kenneth W. Salinger
Anna-Marie L. Tabor
Kevin H. Theriot