# United States Court of Appeals
## For the First Circuit

No. 08-2310

ELEANOR MCCULLEN; JEAN BLACKBURN ZARRELLA; CARMEL FARRELL;
ERIC CADIN; GREGORY A. SMITH

Plaintiffs - Appellants

v.

MARTHA COAKLEY, Attorney General for the Commonwealth of Massachusetts

Defendant - Appellee

Before

Lynch, Chief Judge,
Torruella, Boudin, Hansen[*],
Lipez, Howard Circuit Judges.

ORDER OF COURT

Entered: **August 18, 2009**

The petition for rehearing having been denied by the panel of judges who decided the case, and the petition for rehearing en banc having been submitted to the active judges of this court and a majority of the judges not having voted that the case be heard en banc, it is ordered that the petition for rehearing and the petition for rehearing en banc be denied.

By the Court:

/s/Richard Cushing Donovan, Clerk.

[cc: Benjamin W. Bull, Timothy D. Chandler, Josephine M. Deang, Michael J. Deprimo, Dwight G. Duncan, Laura K. Langley, Robert E. McDonnell, Philip D. Moran, Kenneth W. Salinger, Anna-Marie L. Tabor, Kevin H. Theriot]

---

[*]Of the U.S. Court of Appeals for the Eighth Circuit sitting by designation.