**MANDATE**

# United States Court of Appeals
## For the First Circuit

*[handwritten: DCMA Thornton, Judge Tauro, DC#: 08-10066]*

---

No. 08-2310

ELEANOR MCCULLEN ET AL.,

Plaintiffs, Appellants,

v.

MARTHA COAKLEY, ATTORNEY GENERAL FOR THE COMMONWEALTH OF MASSACHUSETTS,

Defendant, Appellee.

---

**JUDGMENT**

Entered: July 8, 2009

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

/s/ Richard Cushing Donovan, Clerk

*[stamp: CERTIFIED COPY - I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY. FIRST CIRCUIT COURT OF APPEALS, BOSTON, MA. By: [signature] Date: 9/3/09]*

cc: Ms. Correa, Ms. Deang, Mr. Duncan, Mr. Salinger, Mr. McDonnell, Mr. Moran, Mr. Bull, Mr. Theriot, Mr. Deprimo, Mr. Chandler, Ms. Tabor & Ms. Langley.