# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

November 17, 2009

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Eleanor McCullen, et al.
v. Martha Coakley, Attorney General of Massachusetts
No. 09-592
(Your No. 08-2310)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 13, 2009 and placed on the docket November 17, 2009 as No. 09-592.

Sincerely,

**William K. Suter**, Clerk

by

Ruth Jones
Case Analyst