# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

March 22, 2010

**William K. Suter**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

      Re:  Eleanor McCullen, et al.
            v. Martha Coakley, Attorney General of Massachusetts
           No. 09-592
           (Your No. 08-2310)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk

FILED IN CLERK'S OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT
2010 MAR 24  A 11: 39